Joseph Charles Pelchat
#02553-041 (2-2)
Federal Medical Center
PMB 4000
Rochester, MN 55903-4000

RECEIVED
BY MAIL
NOV 16 2004
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

cc: JMR with orders

JOSEPH CHARLES PELCHAT, Petitioner,

v

UNITED STATES OF AMERICA,

Respondent.

Case No. ~~03-CV-25(10)~~ CR 00-25(1) (JMR/FLN)

MOTION FOR ENLARGEMENT OF TIME FOR RESPONDENT TO ANSWER AND FOR PETITIONER TO FILE HIS MEMORANDUM OF LAW

COMES NOW, Petitioner, Joseph Charles Pelchat, appearing pro se, who respectfully brings his motion before this Honorable Court.

Petitioner suffered serious medical problems while at the Oxford-FCI which have prevented him from completing his pleadings. The Court graciously granted his earlier motion to allow him to file a Memorandum of Law in support of his § 2255 Motion and set the time for the Government to respond to November 19, 2004.

Petitioner has since been transferred to the FMC in Rochester and is now able to begin preparing his Memorandum, however, he will not be done in time for the Government to include in their Response any comment on the law and arguments raised therein.

**WHEREFORE,** Petitioner respectfully begs the Court to enlarge the time for him to file his Memorandum until November 30 and to set a later date for the Government to respond so that they may deal with his cases and arguments therein.

Dated this 13th day of November, 2004.

Joe Pelchat
Joseph Charles Pelchat, Petitioner

CERTIFICATE OF SERVICE

Petitioner certifies that he has served a copy of this motion upon AUSA James Lackner, 300 S. Fourth Street, Ste. 600, Minneapolis, MN 55415, via First Class mail with postage prepaid the above date.

SCANNED
NOV 17 2004
U.S. DISTRICT COURT ST. PAUL

Joe Pelchat
Joseph Charles Pelchat, Pro Se