UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff/Respondent,

v.

Joseph Charles Pelchat.

Petitioner/Defendant.

CR 00-25-01 JMR/FLN
Civil 03-6532 JMR/FLN

O R D E R

---

IT IS HEREBY ORDERED that Petitioner Pelchat's motion for enlargement of time to file his memorandum is GRANTED [#241]. Mr. Pelchat has until November 30, 2004, to file his brief.

DATED: November 24, 2004.

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge