UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-25 (JMR/FLN)
Civil No. 03-6532 (JMR/FLN)

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

v.

JOSEPH PELCHAT,

Petitioner/Defendant.

ORDER

The above-entitled matter is before the undersigned United States District Court Magistrate Judge, pursuant to Plaintiff's request for enlargement of time. Based upon that motion,

IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED, and that Plaintiff shall be granted until December 10, 2004, to prepare and submit its response to the § 2255 motion.

Dated: November 24, 2004

*s/ Franklin L. Noel*
FRANKLIN L. NOEL, MAGISTRATE JUDGE
United States District Court