00cr25 JMR/FLN

**COVER LETTER**

DEAR MR. ATKINS,

As per our conversion, I am submitting the supplemental Writ under Rule 15.8. The original Writ was submitted by Mr. Meshbesher on November 6, 2002. I had written the original Writ (Mr. Meshbesher's office changed the actual wording as they saw fit) and had finished in time for them to finish my original Writ but they only addressed Question number 1 and minimumly begun to address the issues pertaining to Question 2. Questions 3 and 4 were not addressed at all. Even though I had finished, his office did not and submitted an incomplete Writ.

Questions 2,3, and 4 of the original Writ are now Questions 1,2, and 3 in the supplemental Writ. Please contact me if there are any problems or questions. The only other thing that I would ask is if I will be informed when the supplemental Writ is docketed. I don't know the policy or proceedure on this but I would greatly appreciate it if I could be informed of the status of the supplemental Writ as soon as possible. Thank You for your patience and assistance.

Sincerely,

Joe Pelchat

Date 12/5/02

Joseph Pelchat

No. ____________________

IN THE
SUPREME COURT OF THE UNITED STATES

Joseph Charles Pelchat - Petitioner

v

United States of America - Respondent

**PROOF OF SERVICE**

I, Joseph Charles Pelchat, do swear or declare that on this date, December 5, 2002, as required by Supreme Court Rule 29 I have served the enclosed SUPPLEMENTAL BRIEF FOR WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel by depositing a sealed envelope containing the above document in the legal mail receptacle at the institution, with first class postage prepaid, addressed as follows:

Steven J. Mechbesher
Counsel of Record for Petitioner
MESHBESHER & ASSOCIATES, P.A.
225 Lumber exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402

John Ashcroft
United States Attorney General
Room 5614, U.S. Dept. of Justice
950 Pennsylvainia Avenue NW
Washington, D.C. 20530

James E. Lackner
Assistant U.S. Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Office of the Clerk
Supreme Court of the United States
Washington, D.C. 20543

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. 1746.

Joe Pelchat

Joseph Charles Pelchat, Affiant