RECEIVED
BY MAIL
DEC - 2 2004
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph C. Pelchat,
Petitioner/Movant,
vs.
United States of America,
Respondent.

00-CR-25 (JMR/FLN)
03-CV-6532 (JMR/FLN)

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that the MEMORANDUM OF LAW IN SUPPORT OF MOTION PURSUANT TO 28 U.S.C. § 2255, has been sent to the Clerk of the U.S. District Court and to the government by placing them in sealed envelopes, first-class postage pre-paid, and depositing them in the institution legal mail receptacle addressed as follows:

Clerk of Court
U.S. District Court
District of Minnesota
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James Lackner, AUSA
U.S. Attorneys Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

On the 30th day of November, 2004. I, Joseph C. Pelchat, declare, under the penalty of perjury, that this is true and correct. Signed in accordance with 28 U.S.C. § 1746.

Joe Pelchat
Joseph C. Pelchat, affiant

SCANNED
DEC 2 2004
U.S. DISTRICT COURT MPLS