# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 03-6532(JMR)

JOSEPH C. PELCHAT,

Defendant(s).

I hereby certify that on December 13, 2004, I served, or caused to be served, the following documents:

Government's Opposition to Defendant's Motion Pursuant to 28 U.S.C. Section 2255

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:Joseph C. Pelchat
Register No. 02553-041
Rochester FCI
2110 East Center Street
Rochester, MN 55904

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298