UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-25 (JMR/FLN)
Civil No. 03-6532 (JMR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>JOSEPH C. PELCHAT,<br><br>Defendant-Petitioner. | **GOVERNMENT'S MOTION FOR LEAVE TO FILE OPPOSITION TO PELCHAT'S § 2255 MOTION OUT OF TIME** |

The United States of America, appearing through its attorneys, Thomas B. Heffelfinger, United States Attorney, and James E. Lackner, Assistant United States Attorney, moves this Court for permission to file its opposition to Defendant Joseph C. Pelchat's § 2255 habeas motion out of time.

The government's memorandum was due on December 10, 2004. However, due to the undersigned's case load and schedule, the government was unable to complete the brief in time to be electronically filed by the close of business on Friday. As a result, the government requests that this memorandum in opposition be accepted out of time.

Respectfully submitted,

Dated: December 13, 2004.

THOMAS B. HEFFELFINGER
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID Number 59298