UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-25 (JMR/FLN)
Civil No. 03-6532 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOSEPH C. PELCHAT, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

The above-entitled matter is before the undersigned United States District Court Magistrate Judge pursuant to the government's request that its memorandum in opposition be accepted out of time. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the government's Motion to file its memorandum on December 13, 2004, is GRANTED [#248].

Dated: December 15, 2004

s/ *Franklin L. Noel*
FRANKLIN L. NOEL, MAGISTRATE JUDGE
United States District Court