RECEIVED
BY MAIL
DEC 20 2004
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-25 (JMR/FLN)
Civil No. 03-6532 (JMR)

| | | |
|---|---|---|
| Joseph C. Pelchat, | ) | |
| | ) | |
| Petitioner/Movant, | ) | **OBJECTION TO FAILURE TO PROVIDE** |
| | ) | **UNPUBLISHED CASES AND MOTION FOR** |
| v. | ) | **ENLARGEMENT OF TIME TO FILE** |
| | ) | **TRAVERSE FOR 15 DAYS AFTER** |
| United States of America, | ) | **RECEIPT OF UNPUBLISHED CASES** |
| | ) | |
| Respondent. | ) | |

COMES NOW, Petitioner/Movant, Joseph C. Pelchat, appearing pro se, who respectfully brings his objection and motion before this Honorable Court.

Petitioner objects to government's failure to provide the following unpublished (unreported) case, Blom v. United States, 2003 WL 21639165, *2 (D. Minn. Jul. 2, 2003)(unreported); and the following unpublished (as of December 16, 2004) cases, United States v. Thomas, - F.3d - , 2004 WL 2680755 (3d Cir. 2004); United States v. Falodun, Cr. No. 01-380 (1) (ADM/RLE) (D. Minn. (Order dated Oct. 25, 2004)); United States v. Stancell, - F. Supp. 2d -, 2004 WL 2738828 (D.C. Dec. 2, 2004); United States v. Quintero-Araujo, - F. Supp. 2d -, 2004 WL 2470916 (D. Idaho, Oct. 25, 2004). 2004). The Government's attorney, James Lackner, has been a federal prosecutor for at least fifteen years and surely must know that Federal Prisoners do not have access to West Law. Petitioner has no way to access any of the above opinions, as he cannot get the unreported case, and cannot get the other cases until they are published.



DEC 20 2004

It would be fundamentally unfair to expect Petitioner to Traverse Government's Opposition to Pelchat's § 2255 Motion without Petitioner having access to the unpublished cited cases of the Government. The Government was required to attach unreported case, and unpublised cases. Petitioner formerly request the Court to order the government to provide the unreported and unpublished cases.

Further, Petitioner, respectfully requests enlargement of time to file traverse for 15 days after receipt of unpublished cases to allow time for Pelchat time to research and Shepardize cases in order to properly prepare traverse, as the government has placed Petitioner in unfair position.

Respectfully Submitted,

Dated: December 16, 2004.

Joe Pelchat

Joseph C. Pelchat Pro Se
02553-041
FMC - Rochester
PMB 4000
Rochester, MN 55903-4000