RECEIVED
BY MAIL

DEC 20 2004

CLERK US DIST COURT
MINNEAPOLIS MN

IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Joseph C. Pelchat, Petitioner/Movant, | ) | 00-CR-25 (JMR/FLN) |
| vs. | ) | 03-CV-6532 (JMR/FLN) |
| United States of America, Respondent. | ) | |

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that the OBJECTION TO FAILURE TO PROVIDE UNPUBLISHED CASES AND MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE FOR 15 DAYS AFTER RECEIPT OF UNPUBLISHED CASES, has been sent to the Clerk of the U.S. District Court and to the Government by placing them in sealed envelopes, first-class postage pre-paid and depositing them in the institution legal mail receptacle addressed as follows:

Clerk of Court
U.S. District Court
District of Minnesota
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

James Lackner, AUSA
U.S. Attorneys Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota
55415

On the 16th day of December, 2004. I, Joseph C. Pelchat, declare, under the penalty of perjury, that this is true and correct. Signed in accordance with 28 U.S.C. § 1746.

Joe Pelchat
Joseph C. Pelchat, affiant

SCANNED
DEC 20 2004
U.S. DISTRICT COURT MPLS