December 26, 2004

Joseph C. Pelchat
Reg. No. 02553-041
Federal Medical Center
P.O. Box 4000
Rochester, MN 55903-4000

RECEIVED
BY MAIL

DEC 28 2004

CLERK, US DIST. COURT
ST. PAUL, MN

United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, MN 55101-1460

RE: Motion Pursuant to 28 U.S.C. § 2255
Joseph C. Pelchat v. United States of America
Civil No. 03-CV-6532 (JMR/FLN); CR 00-25-01 (JMR/FLN)
OBJECTION TO FAILURE TO PROVIDE UNPUBLISHED CASES AND MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE FOR 15 DAYS AFTER RECEIPT OF UNPUBLISHED CASES

Clerk of Court:

As I was reviewing my legal work and correspondence I found that my § 2255 had been transferred to United States Magistrate Judge Franklin L. Noel. I am sending two (2) copies of the Objection to Failure to Provide Unpublished Cases and Motion for Enlargement of Time to File Traverse for 15 Days After Receipt of Unpublished Cases; along with a copy of the cover letter and CERTIFICATE OF SERVICE to prove that the Government was put on notice and was served with a copy of Objection and Motion. I see no reason to serve the Government with another copy as I am just making sure that Judge Franklin L. Noel has been served in case the originals were not forwarded to him. I am sorry for any inconvenience that I may have caused. Thank You for your time and trouble.

Sincerely,

Joe Pelchat

Joseph C. Pelchat, pro se

SCANNED
DEC 28 2004
U.S. DISTRICT COURT ST. PAUL