IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Joseph C. Pelchat,<br><br>Petitioner/Movant,<br><br>v.<br><br>United States of America,<br><br>Respondent. | ) | 00-CR-25 (JMR/FLN)<br>03-CV-6532 (JMR/FLN) |

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that the OBJECTION TO FAILURE TO PROVIDE UNPUBLISHED CASES AND MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE FOR 15 DAYS AFTER RECEIPT OF UNPUBLESHED CASES, has been sent to the Clerk of the U.S. District Court for the Honorable Magistrate Judge Franklin L. Noel by placing them in sealed envelopes, first-class postage pre-paid and depositing them in the institution legal mail receptacle addressed as follows:

United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Building
316 North Robert Street
St. Paul, MN 55101-1460

On the 26th day of December, 2004. I, Joseph C. Pelchat, declare, under the penalty of perjury, that this is true and correct. Signed in accordance with 28 U.S.C. § 1746.

Joe Pelchat
Joseph C. Pelchat, affiant

SCANNED
DEC 28 2004
U.S. DISTRICT COURT ST. PAUL