RECEIVED
BY MAIL
JAN 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph C. Pelchat,
Petitioner/Movant,
v.
United States of America,
Respondent.

00-CR-25 (JMR/FLN)
03-CV-6532 (JMR/FLN)

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that the TRAVERSE To Government's Opposition To Defendant's Motion Pursuant To 28 U.S.C. § 2255, has been sent to the Clerk of the U.S. District Court and to the government by placing them in sealed envelopes, first-class postage pre-paid, and depositing them in the institution legal mail receptacle addressed as follows:

Clerk of the Court
U.S. District Court
District of Minnesota
Room 700 Federal Building
316 North Robert Street
St. Paul Minnesota 55101-1460

James Lackner, AUSA
U.S. Attorneys Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

On the 17th day of January, 2005. I, Joseph C. Pelchat, declare, under the penalty of perjury, that this is true and correct. Signed in accordance with 28 U.S.C. § 1746.

Joe Pelchat
Joseph C. Pelchat, affiant

SCANNED
JAN 19 2005
U.S. DISTRICT COURT ST. PAUL