RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH CHARLES PELCHAT, | Crim. No. 00-25(JMR/FLN) |
| Petitioner, | Civil No. 03-6532(JMR) |
| v. | |
| UNITED STATES OF AMERICA, | MOTION FOR ENLARGEMENT TIME TO OBJECT TO REPORT AND RECOMMENDATION |
| Respondent. | |

**COMES NOW**, Petitioner, Joseph Charles Pelchat, appearing Pro Se, who respectfully brings his motion before this Honorable Court.

The Report and Recommendation that Petitioners motion seeking relief under 28 U.S.C. § 2255 be denied was dated: December 2, 2005, and stated that Petitioner had until December 21, 2005 to file an objection to the Clerk of Court.

The Problem that has arisen is that Petitioner did not receive a copy of the Report and Recommendation until December 13, 2005. (Please see attached photocopy of institution receipt of legal Correspondence) Petitioner cannot possibly research, draft, and type an Objection in that limited time span when the Legal Library here is only open from 1:30 to 3:30 PM, and 5:30 to 8:30 PM.. Inmates may not check out law books and all the typewriters are also in the Law Library, therefore, research and typing are subject to these time constraints. It would be unfair

SCANNED
DEC 19 2005
U.S. DISTRICT COURT ST. PAUL

to deprive Petitioner of the time that it took to receive the Report and Recommendation from December 2, until December 13, 2005.

Under Local Rules 72.1(c)(2) it states that Petitioner may object within 10 days after being served with a copy. Computation of the 10 days is defined in Rule 6(a) of the Federal Rules of civil procedure. This is all that petitioner is seeking, that the enlargement of time encompass the time that Petitioner should have been allowed by the rules anyway.

**WHEREFORE,** Petitioner respectfully begs the Court to enlarge the time for him to file the Objection until December 27, 2005.

Respectfully submitted,

Date: December 15, 2005

Joseph Charles Pelchat, Pro Se
Reg. 02553-041 (2-2)
Federal Medical Center
PMB 4000
Rochester, MN 55903-4000

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

OFFICIAL BUSINESS

651-848-1100

LEGAL MAIL
OPEN IN THE PRESENCE
OF THE INMATE

LEGAL ...
OPENED IN PRESENCE OF INMATE
DATE RECEIVED DEC 13 A.M.
TIME RECEIVED 200
DATE DELIVERED DEC 13 A.M.
TIME DELIVERED 1200
DELIVERED BY

US POSTAGE
$ 00.83
Mailed From 55101
12/12/2005
031A 0002303246

BH
WC

Joseph Charles Pelchat
#02553-041
FMC - Rochester
P.O. Box 4000
Rochester, MN 55903

55903+4000-00 B080