UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25(JMR/FLN)
03-CV-6532(JMR)

| | | |
|---|---|---|
| Joseph Charles Pelchat | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America | ) | |

Petitioner seeks an extension of time within which to file objections to the Report and Recommendation in this case. Petitioner's motion [Docket No. 263] is granted. Petitioner's objections shall be filed by January 15, 2006.

IT IS SO ORDERED.

Dated: December 28, 2005

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge