UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
DEC 29 2005
CLERK, US DIST. COURT
ST. PAUL, MN

JOSEPH C. PELCHAT,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

JMR/mf

THIS WILL CERTIFY that the original and one copy of the following pleading have been sent to the Clerk of Court and (1) copy to the government, at the below listed addresses, by enclosing them in sealed envelopes, first class postage prepaid, and depositing them in the legal mail receptacle at institution.

1) Objection To Report and Recommendation

Addressed To:

James Lackner, AUSA
600 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415

Clerk of Court
United States District Court
District of Minnesota
Room 700 Federal Building
316 North Robert St.
St. Paul, MN 55101-1460

I declare, under the penalty of perjury, that this is true and correct, pursuant to 28 U.S.C. § 1746.

Joe Pelchat
Joseph C. Pelchat, Affiant

SCANNED
DEC 29 2005
U.S. DISTRICT COURT ST. PAUL