UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25(JMR/FLN)
03-CV-6532(JMR)

United States of America )
)
v. ) ORDER
)
Joseph C. Pelchat )

Defendant objects to the Report and Recommendation, issued December 2, 2005 [Docket No. 262], by the Honorable Franklin L. Noel, United States Magistrate Judge. The Report recommended that defendant's motion for relief under 28 U.S.C. § 2255 be denied. Defendant's objections were timely filed pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

Defendant's motion seeking relief under 28 U.S.C. § 2255 is denied. [Docket No. 223]

Dated: January 27, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge