UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25(JMR/FLN)
03-CV-6532(JMR)

| | | |
|---|---|---|
| Joseph Charles Pelchat | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America | ) | |

This matter is before the Court on petitioner's motion to alter or amend the January 27, 2006, Order denying his § 2255 petition. After considering this motion, as well as petitioner's amended objection to the Magistrate's Report and Recommendation [Docket No. 267], the Court declines to alter its judgment. Petitioner's motion [Docket No. 269] is accordingly denied.

IT IS SO ORDERED.

Dated: March 6, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge