UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25(JMR/FLN)
03-CV-6532(JMR)

| | | |
|---|---|---|
| Joseph Charles Pelchat | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America | ) | |
| | ) | |

Petitioner seeks an extension of time within which to file an application for Certificate of Appealability. Petitioner's motion [Docket. No. 273] is granted. The application for a Certificate of Appealability shall be filed by July 1, 2006.

This Order does not extend the time for petitioner to file his appeal.

IT IS SO ORDERED.

Dated: June 13, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge