UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25 (JMR/FLN)
03-CV-6532 (JMR)

| | | |
|---|---|---|
| Joseph Charles Pelchat | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America | ) | |
| | ) | |

Petitioner seeks an additional extension of time with which to file an application for Certificate of Appealability. Petitioner's motions [Docket Nos. 277 & 278] are granted. Defendant is hereby given until August 1, 2006 to file his application.

This order does not extend the time for petitioner to file his appeal.

IT IS SO ORDERED.

Dated: July 20, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge