UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25(JMR/FLN)
03-CV-6532(JMR)

| | | |
|---|---|---|
| Joseph Charles Pelchat | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America | ) | |

This matter is before the Court on petitioner's motion for a Certificate of Appealability ("COA") [Docket No. 281]. The Court has considered whether issuance of a COA is appropriate. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997). In that context, the Court concludes that no issue raised is "debatable among reasonable jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991) (per curiam)). Petitioner has not, therefore, made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). There is no basis for the issuance of a COA. Accordingly, petitioner's motion is denied.

IT IS SO ORDERED.

Dated: September 18, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge