**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-3393**

**United States of America,**

**Appellee**

**v.**

**Joseph Charles Pelchat,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:03-cv-06532-JMR)

---

**JUDGMENT**

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction as untimely.

June 19, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans