# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-3393**

**United States of America,**

**Appellee**

**v.**

**Joseph Charles Pelchat,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:03-cv-06532-JMR)

---

**MANDATE**

In accordance with the judgment of 06/19/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 10, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit