# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 9, 2008

FILED
JAN 1 1 2008
MICHAEL [illegible]
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Joseph Charles Pelchat
v. United States
No. 07-8650
(Your No. 06-3393)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 17, 2007 and placed on the docket January 9, 2008 as No. 07-8650.

Sincerely,

**William K. Suter**, Clerk

by

Ruth Jones
Case Analyst

RECEIVED
JAN 1 1 2008
U.S. [illegible] ALS
[illegible] URT