# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

February 19, 2008

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
FEB 26 2008
MICHAEL GANS
CLERK OF COURT

Re: Joseph Charles Pelchat
v. United States
No. 07-8650
(Your No. 06-3393)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
FEB 26 2008
U.S. COURT OF APPEALS
EIGHTH CIRCUIT